IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOE HAND PROMOTIONS, INC.**,

Plaintiff,

v.

**DAVID W. HURLEY, indiv. and d/b/a DAVID HURLEY, LTD. d/b/a HURLEY'S DANCE CLUB, and DAVID HURLEY, LTD. d/b/a HURLEY'S DANCE CLUB,**

Defendants.                              No. 11-0538-DRH

### ORDER

**HERNDON, Chief Judge:**

Pending before the Court is plaintiff's motion to voluntarily dismiss this case with prejudice (Doc. 27). Accordingly, the Court **GRANTS** the motion and **DISMISSES with prejudice** this cause of action with each party to bear its own costs. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 9th day of August, 2012.

David R. Herndon
2012.08.09
05:45:01 -05'00'

Chief Judge
United States District Court