IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOE HAND PROMOTIONS, INC.**,

**Plaintiff,**

v.

**DAVID W. HURLEY, indiv. and d/b/a DAVID HURLEY, LTD. d/b/a HURLEY'S DANCE CLUB, and DAVID HURLEY, LTD. d/b/a HURLEY'S DANCE CLUB,**

**Defendants.**                                   No. 11-CV-0538-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on plaintiff's motion to voluntarily dismiss this cause of action.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on August 9, 2012, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                    NANCY J. ROSENSTENGEL,
                    CLERK OF COURT


                    BY:     /s/*Sandy Pannier*
                                **Deputy Clerk**

Dated: August 9, 2012

APPROVED:   David R. Herndon
                    2012.08.09
                    05:47:36 -05'00'
            CHIEF JUDGE
            U. S. DISTRICT COURT